# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DOUGLAS COOK,**　　　　　　　　　　　Case No.　3:11-CV-132

　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　**Judge Timothy S. Black**

**-vs-**

**PATRICK R. DONAHOE, Postmaster General, United States Service,**

　　Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

　　**[ ]　Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

　　**[X]　Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

　　**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 14) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: January 8, 2013　　　　　　　　　　　　　　**JOHN P. HEHMAN, CLERK**

　　　　　　　　　　　　　　　　　　　　　　　　By: *s/ M. Rogers*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk